# UNITED STATES DISTRICT COURT
## INDIANAPOLIS DIVISION

**FILED**

12/29/2021

**U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk**

Derek Boyd, Plaintiff,

V. ) No.

**CIVIL COMPLAINT**

1:22-cv-003-JRS-TAB

Chassity Plummer, Health Services Administrator;

Jeremy Jones, Grievance Specialist; Ms. Hall, PREA (PCM);

Tricia Pretorius, Facility Administrator; Dr. Wilks, M.D.;

each defendant is sued individually and in their official capacity. At all times relevant to the Complaint each Defendant acted under color of State Law.

Defendant's.

# I. JURISDICTION AND VENUE

1) This is a civil action authorized by 42 USC Section 1983 to redress the deprivation, under Color of State Law, of Rights secured by the Constitution of the United States. The Court has Jurisdiction Under 28 USC Section 1331 and 1343 (a)(3). The Plaintiff seeks declaratory relief pursuant to 28 U.S.C Section 2201 and 2202.

2)    The Southern District of Indiana, Indianapolis Division, is an appropriate venue under 28 U.S.C Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II.  PLAINTIFF

3)    Derek Boyd, is and was at all times mentioned herein a prisoner confined at Plainfield Correctional Facility.

## III. DEFENDANT'S

4)    Chassity Plummer is the health services administrator at Plainfield Correctional Facility's onsite hospital.

5)    Jeremy Jones, is the Facility Grievance Specialist.

6)    Tricia Pretorius, is the Facility Administrator at Plainfield Correctional Facility.

7)    Ms. Hall, is the Facility PREA Compliance manager at Plainfield Correctional Facility.

8)    Dr. Wilk's is the Medical Doctor at Facility.

# III. FACTS

9) Multiple health care requests have been turned in by Plaintiff and the medical provider is not allowing proper medical or mental health care. The Facility is preventing appointments to keep deplorable conditions of confinement on site and off records. See Exhibit-A

10) Chassity Plummer is the Facility HSA for their medical provider Centurion and it's parent corporation Bantry Corporation. This provider was named Wexford of Indiana LLC.

She is responsible for inadequate scheduling in either medical or mental health requesting from inmates. Multiple issues have been reported to the Ombudsman bureau.

11) Chassity has scheduled 1 appointment with Dr. Thayer on 10-19-21 who had a Zoom meeting with Plaintiff and could not hear most of the conversation. It was very unprofessional and the situation's concerning corporal punishment, staff trafficking drugs into RWI Units and other serious issues causing physical and emotional injuries couldn't really be discussed. This caused further emotional trama. See Exhibit-A.

12) Chassity has scheduled 1 appointment with Dr. Wilks.

This took place in early November 2021 after broken bones and back injury had caused extended pain and suffering. The incident concerning those injuries is on-going in Federal Case 1:21-cv-2359-SEB-DML. It's irrelevant to denying Health care.

However, restricting proper access to a Medical Doctor is the problem here. Scheduling 1 appointment with a MD 7 months after injury in no way shape or form is acceptable and X-Ray's of lower back taken in November 2021 have been completed. Yet no follow up care has been attempted.

Multiple requests to see this Dr. Wilk's have gone without response and it's violating 8th Amendment right's to recieve medical care. Medical decisions are being made based on non-medical factor's denying care. See Exhibit-A

13) Chassity has scheduled 1 trip to see Mental Health despite numerous Mental Health request's from Plaintiff. The Mental Health issues go back to childhood and other issues and trama trigger P.T.S.D and she is deliberately ignoring very serious issues. This is very damaging.

This is an unacceptable pattern of scheduling bare minimium treatment and acting as if care has been provided. She is in a Conspiracy with Grievance Specialist Jeremy Jones who think PLRA protect's them both if the Grievance

process is manipulated. Many cases online Lexis, Jeremy provides Affidavits indicating Grievance procedure isn't exhausted. As he returns grievances unnumbered, lost, manipulating policy.

This abuse of PLRA is over. The denial of proper mental health and medical care has been grieved in these situations and these responses continue to indicate the denial of Mental health and medical care is not affecting Plaintiff. The Federal Courts and it's Judges appear to be seeing through the schemes playing out with these same defendant's in other cases.

14) Ms. Hall, PREA Compliance Manager, got involved in a staff language grievance Jeremy Jones abused his position on 11-2-21 refering to her.

She was explained on 11-15-21, the situation was not PREA material. The Facility Grievance Specialist also forwarded the Appeal to her instead of to the Warden. The Retaliation and certain aspects of the situation are being handled in 1:21-CV-2970-RLY-DML.

However, Ms. Hall was explained on 11-15-21, Plaintiff's biological father is a lifetime registered incest sex offender. Staff language "Blow me", which that Officer admits, is not acceptable. She assured Plaintiff, she would contact the Mental Health department to mandate treatment. Plaintiff did recieve 2 responses concerning "Booster Shots" but none on Sexual language by staff.

15) No Mental health care has been provided as of 12-27-2021. She must not have refered this to Mental health.

Ms. Hall instead was forced to file an A-Write-up. IYC-21-12-0102 indicating a false report was made when the on-duty Sergeant Daniels confirmed on 11-2-21 Officer Tatge admits the language was used. This is a Conspiracy within the administration. Its very humiliating.

16) Ms. Hall allegedly recorded the 11-15-21 meeting Audio and did not inform the Plaintiff as personal, private, secret expression's took place. The discussion's of past sexual trama and protected expression's were not concented to be recorded audibly. See Exhibit-B and Retaliation write-ups.

Plaintiff is very upset now DHB has access to private these recording's. Violating H I P A A Law's and protected expression's when PREA process isn't manipulated by the Grievance Specialist. This is Retaliation by Jeremy Jones and Ms. Hall. Ms. Hall likely has been forced to do this Retaliation. She promised to schedual Mental health pursuant to PREA.

17) Dr. Wilk's did medically review the Plaintiff. She likely is unaware the Grievance Specialist is returning Grievances without numbering them or following IDOC Grievance procedure 00 02 301 Section VIII. pg 8 part D,

"The Offender Grievance Specialist and Health Services Administrator (HSA) Shall meet weekly to discuss health Services related Grievance Submissions and to formulate the responses" She has seen Plaintiff 1 time since 4-5-21, on 11-2-21.

See Exhibit - C     See Exhibit - B

↑

This isn't happening. Again Dr. Wilks is likely unaware Chassity and Jeremy Jones are abusing their positions and violating Civil Rights to recieve Medical care and Mental health care. Or not schedualing appointments to see her.

However, Dr. Wilks is aware from initial review or exam verbal requests to schedual appointment upon reciept of the X-Ray's to determine exactly why the lower back injury has become more painful after 4-5-21 fight and to discuss pain treatment plan to provide relief. A Single appointment does not put this provider in the clear to ignore obvious medical suffering conditions or be making decisions based on non-medical factors denying access to treatment, returning medical and Mental health grievances, and preventing the issues from going on Records concerning conditions of confinement and operations of the Facility. Dr. Wilks is denying treatment access.

18) Tricia Pretorius continues to allow all this under delusion PLRA isnt met on exhaustion of remedies as she sits back allowing emotional, physical and permanent damages take place. She has made administrative remedies unavailable. Or she is so incompetent Qualified Immunity will not protect her.

19) On Grievance 131600, Jeremy Jones specifically instructs Plaintiff to submit H.C.R.F if there were concern's regarding medical issue. See Exhibit-C.

This would also be relevant to Mental health care. That response came 8-23-21 from Jeremy. It got to the point Ombudsman's were word for word filed concurrent with grievances.

20) The Grievance Procedure had to be utilized many times after because these specific detailed instruction's from Jeremy were not being responded to from it's presumed Chassity Plummer. Assuming she scheduals the H.C.R.F. appointment's. Also refer to Ombudsman bureau Complaint's Plaintiff filed.

21) Some issues are detailed in other Lawsuit's but are irrelevant to continuous denial of Medical care and mental health care described herein. The PREA Compliance Manager claimed she requested Mental health treatment 11-15-21. Plaintiff's Counselor Ms. Campbell also claimed 12-10-21 she would send Mental request.

22) The Plaintiff is pro se and all filing's should continue to be held to a less stringent standard then formal pleading's drafted by Lawyer's. Most of these HCRF simply were not responded to. Plaintiff started making copies or doubles before submitting them.

## IV. EXHAUSTION OF LEGAL REMEDIES

23) Plaintiff has sent multiple Health care request for Medical care and Mental Health care and not properly being responded to or completely ignored is the result's. This has compounded trama and emotional injuries denying health care. Refer to Exhibit · A, Mental health was provided 12-28-21, who indicated only 1 HCRF has been sent to him.

24) The IDOC Grievance procedure has been utilized on many occasion's to no avail. Pursuant to the Prison Litigation Reform Act, all procedures have been exhausted due to manipulation of the process by Facility. Thank you. Refer to Exhibit's B and C.

25) The Ombudsman bureau has been consistantly reported to concerning this mis-managed Facility. They have not mandated changes and really have done nothing.

## V. LEGAL CLAIM'S

26) The following claim's are being requested :

· 8th Amendment claim's on all defendant's based on denial of access to Medical care and Mental Health care or denial of proper Medical and Mental Health care, delayed treatment

- 1st Amendment Claims on Jeremy Jones and Ms. Hall for Retaliation based on write-ups for using the Grievance procedure/PREA Act

- 1st Amendment claims on Tricia Pretorius and Jeremy Jones for scheduling "Randum" Drug screen as mental health care and Medical care is not being scheduled based on reporting the Staff trafficking drugs being handled in Lawsuit 1:21-cv-3039-JPH-DML.

Chassity Plummer very likely is also able to be added to this as she has likely been instructed to not schedual Mental health or Medical as the Defamatory Drug screen and Frivolous write-ups take place for reporting a homo-sexual Officer Tatge demanding "Blow me." There is really no other reasoning to deny Medical or Mental health care other then conspiracy with Jeremy Jones and the Facility Warden who continues to allow these municipal practice and policies.

27) Plaintiff has no plain adequate or complete remedy at Law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the Defendant's unless the Court grants the declaratory relief Plaintiff seeks.

# VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays the Court enter judgment:

28) Granting Plaintiff, Derek Boyd, a declaration the acts and omissions described herein violate his rights under the Constitution and laws of the United States and the laws and constitution of the State of Indiana.

29) Granting Plaintiff Compensatory damages in the amount of $2,000,000.00 against all defendants both jointly and severally.

30) Grant Punitive damages in an amount to be determined by the Court.

31) Plaintiff seeks a Jury Trial on all issues triable by Jury.

32) Plaintiff seeks recovery of all costs that are associated with the lawsuit and it's filing.

33) Any additional relief the Court deem's just, proper and equitable.

Respectfully Submitted,

Derek Lee Boyd

Date: 12-27-2021

## VERIFICATION

I have read the foregoing Complaint and hereby verify that the matter's alleged therein are true, except as to matter's alleged on information and belief, and, as to those, I believe them to be true. I certify under the penalty of Perjury that the foregoing is true and Correct.

Executed at Plainfield Correctional Facility on 12-27-2021.

Derek Lee Boyd

DOC # 273507

## VERIFICATION

I, Derek L. Boyd , *pro-se*, herein affirm under the penalties for perjury that the above and foregoing representations are true and correct.

Derek Lee Boyd
Derek Lee Boyd
IYC - Facility
727 MOON Road
Plainfield, Indiana 46168

## CERTIFICATE OF SERVICE

I hereby certify the foregoing legal documents were mailed from Plainfield Correctional Facility on or about the day of filing to all involved parties. The documents were mailed by U.S.P.S. or E-Filed to all parties.

Sent to : Clerk of Federal Court
            105 U.S. Courthouse
            46 East Ohio Street
            Indianapolis, Indiana 46204

Date: 12-29-2021