UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 1:22-cv-00003-JRS-TAB |
| | ) |
| PLUMMER, CHASSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Derek Boyd, *pro se*, and State Defendant Kayla Hall, by counsel, stipulate and agree that this cause of action has been settled against Defendant Hall and that Defendant Hall should be dismissed from this matter, with prejudice, each side to bear its own attorney fees and costs.

Plaintiff's claims against Defendant Plummer remain.

For Plaintiff:

/s/ Derek Boyd (w/permission)

Derek Boyd, *Pro se*
2526 North B Street
Elwood, IN 46036

For State Defendant:

/s/ E. Ryan Shouse

E. Ryan Shouse
LEWIS AND WILKINS LLP
8777 Purdue Road, Suite 104
Indianapolis, IN 46268-3104

Date: 9/1/2023