UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 1:22-cv-00003-JRS-TAB |
| | ) |
| PLUMMER, CHASSITY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

The Plaintiff and State Defendant Kayla Hall (the "Parties") have filed their Stipulation of Dismissal With Prejudice with regard to the State Defendant Hall. The Court, having examined said stipulation and being duly and sufficiently advised, now finds that the Parties agree that Plaintiff's cause of action against Kayla Hall should be dismissed with prejudice.

IT IS HEREBY ORDERED that Plaintiff's claims against Kayla Hall are dismissed with prejudice.

SO ORDERED.

Date: 09/08/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF and by US Mail to:

Derek Boyd
2526 North B Street
Elwood, IN 46036